USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 11

FLETCHER INTERNATIONAL, LTD.,                             Case No. 12-12796 (REG)

                              Debtors

ALPHONSE FLETCHER, JR., (*pro se*)

                              Appellant,

            -against-

RICHARD J. DAVIS, ESQ.                                    14 Civ. 09690 (AT)

                              Appellee.                   **ORDER**

ANALISA TORRES, District Judge:

       Having reviewed the parties' letters dated January 6 and January, 12, 2015, it is
ORDERED that:

1. Appellee shall file his motion to dismiss the appeal by **February 6, 2015**;
2. Appellant shall file his opposition papers by **February 25, 2015**; and
3. Appellee shall file his reply papers by **March 4, 2015**.

       SO ORDERED.

Dated: January 16, 2015
       New York, New York

                                        _____
                                              ANALISA TORRES
                                        United States District Judge